# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Sheraton Vincent Walker                      Docket No. 5:03-CR-135-1-H

### Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sheraton Vincent Walker, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 1, 2004, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

5. The defendant shall participate in a vocational training program as directed by the probation office.

Sheraton Vincent Walker was released from custody on May 28, 2010, at which time the term of supervised release commenced. On October 20, 2010, the defendant's conditions of release were modified (due to drug use and unemployment) to include 2 days jail, DROPS, vocational training (job readiness), cognitive behavioral therapy, and educational services. On July 19, 2010, and May 2, 2012, the defendant was charged with Driving While License Revoked. The court was notified and supervision was continued on both occasions. In response to positive drug screens on December 3, 2010, and May 6, 2011, the defendant served 5-day and 10-day jail sanctions per DROPS.

Sheraton Vincent Walker
Docket No. 5:03-CR-135-1-H
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 11, 1012, the defendant was cited with Driving While License Revoked in Harnett County, North Carolina, and failed to notify the probation officer as required. The defendant was confronted regarding this offense, and he admitted that he operated a motor vehicle without being properly licensed on that day. He stated he did so in order to prevent his ex-wife from driving the vehicle in which their son was a passenger, after she had consumed alcohol. He admits that he used poor judgment and expressed remorse for his actions. As a punitive sanction, it is recommended that he serve three days in jail. The defendant is working toward securing a valid license, but has been financially unable to do so to date. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

   Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Debbie W. Starling
Debbie W. Starling
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: October 11, 2012

**ORDER OF COURT**

Considered and ordered this 15th day of Oct, 2012, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge